B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Western District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wiggins, Dewey Justin** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9192** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1000 Bramblewood Ct.**<br>**Lenoir, NC**<br>ZIP Code **28645** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Caldwell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wiggins, Dewey Justin** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ J. Samuel Gorham, III                **July 10, 2012**<br>Signature of Attorney for Debtor(s)          (Date)<br>**J. Samuel Gorham, III 1692** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(12/11)**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wiggins, Dewey Justin** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Dewey Justin Wiggins**
_____
Signature of Debtor  **Dewey Justin Wiggins**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 10, 2012**
_____
Date

**Signature of Attorney***

**X**  **/s/ J. Samuel Gorham, III**
_____
Signature of Attorney for Debtor(s)

**J. Samuel Gorham, III 1692**
_____
Printed Name of Attorney for Debtor(s)

**Gorham, Crone, Green & Steele, LLP**
_____
Firm Name

**27 First Avenue NE, Suite 203**
**Post Office Box 2507**
**Hickory, NC 28603**
_____
Address

**Email: doreenm@gorhamcrone.com**
**(828) 322-5505  Fax: (828) 328-1882**
_____
Telephone Number

**July 10, 2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Dewey Justin Wiggins**

Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  */s/ Dewey Justin Wiggins*
                                **Dewey Justin Wiggins**

Date:  **July 10, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re     **Dewey Justin Wiggins**                                                    ,     Case No. _____

                                        Debtor          Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 195,506.00 | | |
| B - Personal Property | Yes | 5 | 7,400.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 551,513.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 7 | | 9,754.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 198,008.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,805.49 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 202,906.00 | | |
| Total Liabilities | | | | 759,276.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Western District of North Carolina

In re    **Dewey Justin Wiggins**                                                    ,    Case No. _____
                                        Debtor
                                                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6A (Official Form 6A) (12/07)

.

In re    **Dewey Justin Wiggins**                                                    Case No. _____
                                                                    ,
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence and lot.  (PIN: 2850641844) (1.0221623 acres) (tax value is $248,200) Estimated value, due to market conditions, is $199,000. Location: 1000 Bramblewood Ct, Lenoir NC  28645.** | **Tenancy by the entirety with non-filing spouse** | - | **1.00** | **178,100.79** |
| **Rental house. (PIN:  2749363171) (0.11301164 acres) (tax value is $28,900).  Estimated value, due to market conditions, is $16,000. Location:  1616 Hayes Pl, Lenoir, NC  28645.** | **Fee simple** | - | **16,000.00** | **14,688.00** |
| **Four unit apartment building. (PIN: 2758538708) (0.47203947 acres) (tax value is $104,800) Estimated value, due to market conditions, is $80,000. Location:  2120 Haven Cir, Lenoir, NC  28645.** | **Tenancy by the entirety with non-filing spouse** | - | **1.00** | **Unknown** |
| **Rental house.  PIN: 2749094188) (1.53113256 acres) (tax value is $73,700)  Estimated value, due to market conditions, is $25,000. Location:  346 North Fairview Dr, Lenoir, NC  28645** | **Tenancy by the entirety with non-filing spouse** | - | **1.00** | **34,298.00** |
| **Rental house. (PIN:  2749783707) (0.27008019 acres) (tax value is $47,200). Location:  512 Scroggs St, Lenoir, NC  28645. Also, lot (landlocked) without road frontage behind rental house. (PIN: 2749783923) (.38921276 acres) (tax value is $8,200).  Location: O Scroggs St, Lenior, NC 28645. Both on same deed, but different legal descriptions. Estimated value of both parcels, due to market considtions, is $25,000.** | **Tenancy by the entirety with non-filing spouse** | - | **1.00** | **18,400.00** |

Sub-Total >          **16,004.00**          (Total of this page)

 _1_   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re **Dewey Justin Wiggins**                                                    , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental house.  (PIN:  2749668671) (0.1973802 acres) (tax value is $97,900) Location:  1114 Harper Ave, Lenoir, NC  28645. Also adjacent lot (PIN: 2749668509) (0.27661355 acres)  (tax value is 32,400.00)  Location:  1118 Harper Ave, Lenoir, NC 28645.  Estimated value for both, considering current market conditions, is $65,000. Property has a sink hole that City of Lenoir will not correct.** | **Tenancy by the entirety with non-filing spouse** | - | 1.00 | 51,000.00 |
| **Rental house. (PIN:  2759180174) (0.25469668 acres) (tax value is $97,700)  Estimated value, considering market conditions, is $75,000. Location:  204 Newland St, Lenoir, NC 28645.** | **Fee simple** | - | 75,000.00 | 78,754.73 |
| **Rental house. (PIN:  2759079996) (0.26789763 acres) (tax value is $61,100)  Estimated value, considering market conditions, is $40,000. Location:  201 Newland St, Lenoir, NC 28645.** | **Fee simple** | - | 40,000.00 | 61,871.64 |
| **Rental house. (PIN:  2749654027) (0.38083234 acres) (tax value is $40,700)  Estimated value, considering market conditions, is $10,000. Location:  1241 Spainhour St, Lenoir, NC  28645.** | **Tenancy by the entirety with non-filing spouse** | - | 1.00 | 3,400.00 |
| **Rental house.  (PIN:  2749984761) (0.22798726 acres) (tax value is $77,700)  Estimated value, considering market condtions, is $55,000. Location: 214 Hillside St, Lenoir, NC  28645** | **Joint tenancy with Stephen D. Icenhour** | - | 27,500.00 | 50,600.00 |
| **Rental doublewide trailer and lot.  (PIN: 2736595915) (0.36683066 acres) (tax value is $65,000)  Estimated value, due to market conditions, is $30,000. Location:  2630 Kite Dr, Lenoir, NC  28645.** | **Joint tenancy with Stephen Icenhour** | - | 15,000.00 | 37,000.00 |
| **Rental house.  (PIN:  2759180118) (0.25912876 acres) (tax value is $66,100)  Estimated value, due to market conditions, is $22,000. Location:  206 Newland St, Lenoir, NC  28645.** | **Fee simple** | - | 22,000.00 | 20,000.00 |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 179,502.00 | (Total of this page) |
| | | Total > | 195,506.00 | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Dewey Justin Wiggins** _____ ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of Granite**<br>**P.O. Box 799**<br>**Lenoir, NC 28645** | | - | **Deed of Trust**<br>**Rental house. (PIN: 2749363171)**<br>**(0.11301164 acres) (tax value is $28,900.**<br>**Estimated value, due to market**<br>**conditions, is $16,000.**<br>**Location: 1616 Hayes Pl, Lenoir, NC**<br>**28645.** | | | | | |
| | | | Value $                16,000.00 | | | | 14,688.00 | 0.00 |
| Account No.<br><br>**BB&T**<br>**P.O. Box 1058**<br>**Lenoir, NC 28645** | X | - | **Deed of Trust**<br>**Rental house. (PIN: 2749783707)**<br>**(0.27008019 acres) (tax value is $47,200).**<br>**Location: 512 Scroggs St, Lenoir, NC**<br>**28645.**<br>**Also, lot (landlocked) without road**<br>**frontage behind rental house. (PIN:**<br>**2749783923) (.38921276 acres) (tax value** | | | | | |
| | | | Value $                1.00 | | | | 18,400.00 | 18,399.00 |
| Account No.<br><br>**BB&T**<br>**201 Mulberry St SW**<br>**Lenoir, NC 28645** | | | **Representing:**<br>**BB&T** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.<br><br>**BB&T**<br>**P.O. Box 1058**<br>**Lenoir, NC 28645** | X | - | **Deed of Trust**<br>**Rental house. (PIN: 2749668671)**<br>**(0.1973802 acres) (tax value is $97,900)**<br>**Location: 1114 Harper Ave, Lenoir, NC**<br>**28645. Also adjacent lot (PIN:**<br>**2749668509) (0.27661355 acres) (tax**<br>**value is 32,400.00) Location: 1118**<br>**Harper Ave, Lenoir** | | | | | |
| | | | Value $                1.00 | | | | 51,000.00 | 50,999.00 |

<u>   7   </u> continuation sheets attached

Subtotal
(Total of this page)

| 84,088.00 | 69,398.00 |
|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                                                  ,    Case No. _____
                                                     Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Branch Banking & Trust Company** <br> **P.O. Box 2489** <br> **Lenoir, NC 28645** | | | **Representing:** <br> **BB&T** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Branch Banking and Trust Company** <br> **201 Mulberry St SW** <br> **Lenoir, NC 28645-5413** | | | **Representing:** <br> **BB&T** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | Lot (PIN: 2749668509) (0.27661355 acres) (tax value is $32,400) <br> Location: 1118 Harper Ave, Lenoir, NC 28645 | | | | | |
| **BB&T** <br> **P.O. Box 1058** <br> **Lenoir, NC 28645** | X | - | | | | | | |
| | | | Value $                        1.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **Branch Banking & Trust Company** <br> **P.O. Box 2489** <br> **Lenoir, NC 28645** | | | **Representing:** <br> **BB&T** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Branch Banking and Trust Company** <br> **201 Mulberry St SW** <br> **Lenoir, NC 28645-5413** | | | **Representing:** <br> **BB&T** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet  **1**  of **7**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     |  0.00  |  0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Dewey Justin Wiggins**                                                              Case No. _____
                                                                   ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **BB&T** **201 Mulberry St SW** **Lenoir, NC 28645** | X | - | | **Deed of Trust** **Rental doublewide trailer and lot.  (PIN: 2736595915) (0.36683066 acres) (tax value is $65,000)  Estimated value, due to market conditions, is $30,000. Location:  2630 Kite Dr, Lenoir, NC 28645.** | | | | | |
| | | | | Value $                    **30,000.00** | | | | **37,000.00** | **7,000.00** |
| Account No. **BB&T** **P.O. Box 1058** **Lenoir, NC 28645** | | | | **Representing:** **BB&T** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **Branch Banking & Trust Company** **P.O. Box 2489** **Lenoir, NC 28645** | | | | **Representing:** **BB&T** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **xxxxxxxxxx-1001** **BB&T** **BB&T Loan Services** **MC:  100-50-02-57** **P.O. Box 2306** **Wilson, NC 27894** | | - | | **Purchase Money Security** **2004 Lincoln Navigator Sport Utility 4D (102,000 miles) (Kelley Blue Book Private Party value in fair condition shown is $9,400).  Estimated cost to repair rear-end damage is $2,000.** | | | | | |
| | | | | Value $                     **7,400.00** | | | | **3,400.00** | **0.00** |
| Account No. **xxxxxx4980....** **BB&T** **P.O. Box 1847** **Wilson, NC 27894** | | | | **Representing:** **BB&T** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **40,400.00** | **7,000.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                                          Case No. _____
                                                                    ,
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx-1001** | | | | | | | | |
| **BB&T Item Processing Center** P.O. Box 580048 Charlotte, NC 28258-0048 | | | Representing: **BB&T** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxx8627....** | | | Deed of Trust Rental house. (PIN: 2759079996) (0.26789763 acres) (tax value is $61,100) Estimated value, considering market conditions, is $40,000. | | | | | |
| **Chase** P.O. Box 78420 Phoenix, AZ 85062 | | - | Location: 201 Newland St, Lenoir, NC 28645. | | | | | |
| | | | Value $ **40,000.00** | | | | **61,871.64** | **21,871.64** |
| Account No. **xxxxx8627....** | | | | | | | | |
| **Chase** 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | Representing: Chase | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | Deed of Trust Rental house. (PIN: 2749654027) (0.38083234 acres) (tax value is $40,700) Estimated value, considering market conditions, is $10,000. | | | | | |
| **Parkway Bank** P.O. Box 1058 Lenoir, NC 28645 | | X - | Location: 1241 Spainhour St, Lenoir, NC 28645. | | | | | |
| | | | Value $ **1.00** | | | | **3,400.00** | **3,399.00** |
| Account No. | | | Deed of Trust Rental house. (PIN: 2749984761) (0.22798726 acres) (tax value is $77,700) Estimated value, considering market condtions, is $55,000. | | | | | |
| **Parkway Bank** P.O. Box 1058 Lenoir, NC 28645 | | X - | Location: 214 Hillside St, Lenoir, NC 28645 | | | | | |
| | | | Value $ **27,500.00** | | | | **50,600.00** | **23,100.00** |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   **115,871.64**   **48,370.64**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Parkway Bank**<br>**P.O. Box 1058**<br>**Lenoir, NC 28645** | | - | **Deed of Trust**<br>**Rental house. (PIN: 2759180118)**<br>**(0.25912876 acres) (tax value is $66,100)**<br>**Estimated value, due to market conditions, is $22,000.**<br>**Location: 206 Newland St, Lenoir, NC 28645.**<br>Value $     **22,000.00** | | | | **20,000.00** | **0.00** |
| Account No. **xxxxxxxx3062....**<br><br>**PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222** | | X | **Deed of Trust**<br>**Rental house.  PIN: 2749094188)**<br>**(1.53113256 acres) (tax value is $73,700)**<br>**Estimated value, due to market conditions, is $25,000.**<br>**Location: 346 North Fairview Dr, Lenoir, NC 28645**<br>Value $     **1.00** | | | | **34,298.00** | **34,297.00** |
| Account No. **xx0062....**<br><br>**RBC Bank**<br>**134 N Church St**<br>**Rocky Mount, NC 27804** | | | **Representing:**<br>**PNC Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**RBC Bank**<br>**P.O. Box 911**<br>**Rocky Mount, NC 27802** | | | **Representing:**<br>**PNC Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Seterus**<br>**1435 SW Millilcan Way**<br>**Suite 200**<br>**Beaverton, OR 97005** | | - | **Deed of Trust**<br>**Residence and lot.  (PIN: 2850641844)**<br>**(1.0221623 acres) (tax value is $248,200)**<br>**Estimated value, due to market conditions, is $199,000.**<br>**Location: 1000 Bramblewood Ct, Lenoir NC  28645.**<br>Value $     **1.00** | | | | **178,100.79** | **178,099.79** |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**232,398.79**   **212,396.79**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                                          ,   Case No. _____
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | |
| Seterus P.O. Box 7162 Pasadena, CA 91109 | | | | Representing: Seterus | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| Seterus P.O. Box 2008 Grand Rapids, MI 49501 | | | | Representing: Seterus | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| SunTrust Mortgage, Inc. their succ/assigns ATIMA 901 Semmes Avenue Richmond, VA 23224 | | | | Representing: Seterus | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| Suntrust Mortgage/CC 5 1001 Semmes Ave Richmond, VA 23224 | | | | Representing: Seterus | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | Deed of Trust Four unit apartment building. (PIN: 2758538708) (0.47203947 acres) (tax value is $104,800) Estimated value, due to market conditions, is $80,000. Location:  2120 Haven Cir, Lenoir, NC 28645. | | | | | |
| Suzanne P. Hudson 2425 North Center Street, #318 Hickory, NC 28601 | - | | | | | | | | |
| | | | | Value $                            1.00 | | | | **Unknown** | **Unknown** |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Dewey Justin Wiggins**                                                          Case No. _____
                                                                        ,
                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5391....** | | | First Deed of Trust Rental house. (PIN: 2759180174) (0.25469668 acres) (tax value is $97,700) Estimated value, considering market conditions, is $75,000. Location: 204 Newland St, Lenoir, NC 28645. | | | | | |
| Wells Fargo P.O. Box 14547 Des Moines, IA 50306 | | - | | | | | | |
| | | | Value $                    75,000.00 | | | | 33,823.73 | 0.00 |
| Account No. **xx5391....** | | | | | | | | |
| Wells Fargo HM Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | | Representing: Wells Fargo | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **xxx xxxxxxx 1998** | | | Second Deed of Trust (Prime Equity Line) Rental house. (PIN: 2759180174) (0.25469668 acres) (tax value is $97,700) Estimated value, considering market conditions, is $75,000. Location: 204 Newland St, Lenoir, NC 28645. | | | | | |
| Wells Fargo Bank, N.A. P.O. Box 4233 Portland, OR 97208-4233 | | X - | | | | | | |
| | | | Value $                    75,000.00 | | | | 44,931.00 | 3,754.73 |
| Account No. **xxxxxxxx5390....** | | | | | | | | |
| Wells Fargo Bank NV NA P.O. Box 31557 Billings, MT 59107 | | | Representing: Wells Fargo Bank, N.A. | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **xxx xxxxxxx 1998** | | | | | | | | |
| Wells Fargo Bank, N.A. P.O. Box 660930 Dallas, TX 75266-0930 | | | Representing: Wells Fargo Bank, N.A. | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 78,754.73 | 3,754.73 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __**Dewey Justin Wiggins**_____,   Case No. _____

                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxxxxx 1998** **Wells Fargo Bank, N.A. Attn:  Payment Services 2324 Overland Dr. Billings, MT 59102-6401** | | | **Representing: Wells Fargo Bank, N.A.** Value $ | | | | **Notice Only** | |
| Account No. **xxx xxxxxxx 1998** **Wells Fargo Bank, N.A. P.O. Box 3356 Portland, OR 97208-3356** | | | **Representing: Wells Fargo Bank, N.A.** Value $ | | | | **Notice Only** | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __**7**__ of __**7**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 551,513.16 | 340,920.16 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Dewey Justin Wiggins**                                                          ,     Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**6**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Dewey Justin Wiggins**                                    Case No. _____
                                                        ,
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx3895**<br><br>**Caldwell County Tax Collector**<br>**P.O. Box 2200**<br>**Lenoir, NC 28645** | | - | **2011 Taxes** | | | | 211.23 | 0.00 | 211.23 |
| Account No. **xx7410**<br><br>**Caldwell County Tax Collector**<br>**P.O. Box 2200**<br>**Lenoir, NC 28645** | X | - | **2010 and 2011 Taxes** | | | | 1,443.07 | 0.00 | 1,443.07 |
| Account No. **xx8031**<br><br>**Caldwell County Tax Collector**<br>**P.O. Box 2200**<br>**Lenoir, NC 28645** | X | - | **2011 Taxes** | | | | 770.76 | 0.00 | 770.76 |
| Account No. **xx6227**<br><br>**Caldwell County Tax Collector**<br>**P.O. Box 2200**<br>**Lenoir, NC 28645** | | - | **2011 Taxes** | | | | 466.71 | 0.00 | 466.71 |
| Account No. **xx8564**<br><br>**Caldwell County Tax Collector**<br>**P.O. Box 2200**<br>**Lenoir, NC 28645** | X | - | **2011 Taxes** | | | | 568.58 | 0.00 | 568.58 |

Sheet   **1**   of   **6**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |
|---|---|
| 3,460.35 | 3,460.35 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Dewey Justin Wiggins**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx3806** **Caldwell County Tax Collector** P.O. Box 2200 Lenoir, NC 28645 | X | - | 2010 and 2011 Taxes | | | | 1,927.54 | 0.00 | 1,927.54 |
| Account No. **xx-xx2653** **Caldwell County Tax Collector** P.O. Box 2200 Lenoir, NC 28645 | | - | Vehicle Tax billed on 9/23/11 | | | | 179.50 | 0.00 | 179.50 |
| Account No. **xx8821** **Caldwell County Tax Collector** P.O. Box 2200 Lenoir, NC 28645 | X | - | 2010 and 2011 Taxes | | | | 1,054.70 | 0.00 | 1,054.70 |
| Account No. **xx3138** **Caldwell County Tax Collector** P.O. Box 2200 Lenoir, NC 28645 | X | - | 2011 Taxes | | | | 546.37 | 0.00 | 546.37 |
| Account No. **Caldwell County Tax Collector** Post Office Box 2200 Lenoir, NC 28645 | | - | Acct.No.133896 | | | X | 38.51 | 0.00 | 38.51 |

Sheet **2** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,746.62 | 3,746.62 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Dewey Justin Wiggins**                                          Case No. _____
                                                      ,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x3683** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | X | - | **2011 Property Tax** | | | | **581.48** | **0.00** <br><br> **581.48** |
| Account No. **x3680** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | X | - | **2011 Property Tax** | | | | **543.20** | **0.00** <br><br> **543.20** |
| Account No. **x3681** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | X | - | **2011 Property Tax** | | | | **179.77** | **0.00** <br><br> **179.77** |
| Account No. **x3676** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | X | - | **2011 Property Tax** | | | | **225.83** | **0.00** <br><br> **225.83** |
| Account No. **x3678** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | X | - | **2011 Property Tax** | | | | **45.50** | **0.00** <br><br> **45.50** |

Sheet  **3**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |
|---|---|
| Subtotal | **0.00** |
| (Total of this page) | **1,575.78**     **1,575.78** |

B6E (Official Form 6E) (4/10) - Cont.

In re **Dewey Justin Wiggins** ,     Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x3677** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | X | - | **2011 Property Tax** | | | | 261.89 | 0.00 | 261.89 |
| Account No. **x3671** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | | - | **2011 Property Tax** | | | | 160.35 | 0.00 | 160.35 |
| Account No. **x3674** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | | - | **2011 Property Tax** | | | | 366.76 | 0.00 | 366.76 |
| Account No. **x6564** <br><br> **City of Lenoir Tax Collections P.O. Box 958 Lenoir, NC 28645** | | - | **2011 Property Tax** | | | | 183.10 | 0.00 | 183.10 |
| Account No. <br><br> **Internal Revenue Service Special Procedures 320 Federal Place Greensboro, NC 27401** | | - | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |

Sheet __4__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 972.10 | 972.10 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Dewey Justin Wiggins**                                                    Case No. _____
                                                    ,
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service<br>P.O. Box 105572<br>Atlanta, GA 39901-0002** | | | | **Representing:<br>Internal Revenue Service** | | | | **Notice Only** | |
| Account No.<br><br>**Internal Revenue Service<br>Cincinnati, OH 45999-0030** | | | | **Representing:<br>Internal Revenue Service** | | | | **Notice Only** | |
| Account No.<br><br>**Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114** | | | | **Representing:<br>Internal Revenue Service** | | | | **Notice Only** | |
| Account No.<br><br>**Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | | | | **Representing:<br>Internal Revenue Service** | | | | **Notice Only** | |
| Account No.<br><br>**Internal Revenue Service<br>P.O. Box 2502<br>Memphis, TN 38101** | | | | **Representing:<br>Internal Revenue Service** | | | | **Notice Only** | |

Sheet **5** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re  **Dewey Justin Wiggins**                                          ,     Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**NC Dept. of Revenue**<br>**P.O. Box 25000**<br>**Raleigh, NC 27640-0002** | - | | **Notice Only** | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**NC Dept. of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | | | **Representing:**<br>**NC Dept. of Revenue** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 9,754.85 | 9,754.85 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Dewey Justin Wiggins**                                          ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alison M. Wiggins** <br> **911 Delano Ct** <br> **Kissimmee, FL 34758** | | - | **Personal Loan** | | | | **15,000.00** |
| Account No. <br><br> **AT&T** <br> **c/o Franklin Collect. Serv.** <br> **P.O. Box 3910** <br> **Tupelo, MS 38803-3910** | | - | | | | | **465.29** |
| Account No. **xxxx-xxxx-xxxx-1006** <br><br> **Bank of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886-5019** | | - | **Credit Card Purchases** | | | | **12,699.00** |
| Account No. **xxxx xxxx xxxx 1006** <br><br> **Bank of America** <br> **P.O. Box 982235** <br> **El Paso, TX 79998-2235** | | | **Representing:** <br> **Bank of America** | | | | **Notice Only** |
| __12__  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **28,164.29** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                          ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxx7364....** | | | | | | | | |
| **Bank of America** P.O. Box 1598 Norfolk, VA 23501 | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **xxxxxxx7360....** | | | | Notice Only | | | | |
| **Bank of America** DE5-019-03-07 4060 Ogletown/Stanton Rd Newark, DE 19714 | | - | | | | | | **0.00** |
| Account No. **0XXX** | | | | | | | | |
| **Bank of America** P.O. Box 1598 Norfolk, VA 23501 | | | | Representing: Bank of America | | | | **Notice Only** |
| Account No. **xxx5901** | | | | Post-foreclosure deficiency on note | | | | |
| **Bank of Granite** c/o Rufus F. Walker, Jr., Esq. 110 Third Street, N.E. Hickory, NC 28601 | X | - | | | | | | **53,112.34** |
| Account No. **xxx5901** | | | | | | | | |
| **Bank of Granite** P.O. Box 799 Lenoir, NC 28645-0799 | | | | Representing: Bank of Granite | | | | **Notice Only** |

Sheet no. __**1**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,112.34**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dewey Justin Wiggins**_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5297**<br><br>**Bank of Granite**<br>**c/o Rufus F. Walker, Jr., Esq.**<br>**110 Third Street, N.E.**<br>**Hickory, NC 28601** | X | - | | Post-foreclosure deficiency on note | | | | 31,015.04 |
| Account No. **xxx5297**<br><br>**Bank of Granite**<br>**P.O. Box 799**<br>**Lenoir, NC 28645-0799** | | | | Representing:<br>Bank of Granite | | | | Notice Only |
| Account No. **xxx8343**<br><br>**Bank of Granite**<br>**c/o Rufus F. Walker, Jr., Esq.**<br>**110 Third Street, N.E.**<br>**Hickory, NC 28601** | X | - | | Post-foreclosure deficiency on note | | | | 3,006.24 |
| Account No. **xxx8343**<br><br>**Bank of Granite**<br>**P.O. Box 799**<br>**Lenoir, NC 28645-0799** | | | | Representing:<br>Bank of Granite | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-1605**<br><br>**BB&T Financial, FSB**<br>**P.O. Box 580435**<br>**Charlotte, NC 28258-0435** | | - | | Credit Card Purchases | | | | 11,669.00 |

Sheet no. __**2**___ of __**12**__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        45,690.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                          ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 1605** | | | | | | | |
| **Bankcard Service Center** P.O. Box 698 Wilson, NC 27894-0698 | | | Representing: **BB&T Financial, FSB** | | | | **Notice Only** |
| Account No. **xxxx7190....** | | | | | | | |
| **BB&T** P.O. Box 2306 Wilson, NC 27894 | | | Representing: **BB&T Financial, FSB** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 1605** | | | | | | | |
| **BB&T Financial, FSB** P.O. Box 200 Wilson, NC 27894-0200 | | | Representing: **BB&T Financial, FSB** | | | | **Notice Only** |
| Account No. **xxxx xxxx xxxx 1605** | | | | | | | |
| **BB&T Financial, FSB** Customer Service P.O. Box 30495 Tampa, FL 33630-3495 | | | Representing: **BB&T Financial, FSB** | | | | **Notice Only** |
| Account No. **1605** | | | | | | | |
| **BB&T Financial, FSB** P.O. Box 2322 Lumberton, NC 28359 | | | Representing: **BB&T Financial, FSB** | | | | **Notice Only** |

Sheet no. __**3**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dewey Justin Wiggins**_____,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6367**<br><br>**Caldwell Memorial Hospital**<br>**P.O. Box 1890**<br>**Lenoir, NC 28645-1890** | - | | | **Medical Bills** | | | | **3,011.40** |
| Account No. **xxxx6367**<br><br>**Business Services**<br>**Caldwell Memorial Hospital**<br>**321 Mulberry St SW**<br>**Lenoir, NC 28645** | | | | **Representing:**<br>**Caldwell Memorial Hospital** | | | | **Notice Only** |
| Account No. **xxxx6367**<br><br>**Caldwell Memorial Hospital**<br>**P.O. Box 63191**<br>**Charlotte, NC 28263-3191** | | | | **Representing:**<br>**Caldwell Memorial Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx4198**<br><br>**Caldwell Physician Network**<br>**P.O. Box 710**<br>**Lenoir, NC 28645** | - | | | **Medical Bills** | | | | **86.80** |
| Account No. **x6354**<br><br>**Catawba Radiological Associates, Inc.**<br>**P.O. Box 308**<br>**Hickory, NC 28603** | - | | | **Medical Bills** | | | | **207.00** |

Sheet no. __**4**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,305.20**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dewey Justin Wiggins**                                              ,  Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx5646....** <br><br> **Central Finl Control** <br> **P.O. Box 66051** <br> **Anaheim, CA 92816** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Cynthia Woodell** <br> **2120 Haven Cir** <br> **Lenoir, NC 28645** | - | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Dee Angelo Morgan** <br> **204 Newland St** <br> **Lenoir, NC 28645** | - | | | Notice Only | | | | 0.00 |
| Account No. **xx6829** <br><br> **Freedom Credit Union** <br> **P.O. Box 30177** <br> **Tampa, FL 33630-3177** | - | | | Credit Card Purchases | | | | 3,551.42 |
| Account No. **xx6829** <br><br> **Freedom Credit Union** <br> **CenterPointe Office Center** <br> **626 Jacksonville Road Suite 250** <br> **Warminster, PA 18974-4862** | | | | Representing: <br> **Freedom Credit Union** | | | | Notice Only |

Sheet no. __**5**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,551.42

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dewey Justin Wiggins**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Freedom CU**<br>**626 Jacksonville Rd Ste**<br>**Warminster, PA 18974** | | | | Representing:<br>**Freedom Credit Union** | | | | **Notice Only** |
| Account No. **xx2608**<br><br>**Hickory Surgical Clinic, Inc.**<br>**415 N. Center St, Ste 102**<br>**Hickory, NC 28601** | | - | | **Medical Bills** | | | | **41.16** |
| Account No.<br><br>**Jeff Pearson**<br>**2630 Kite Dr**<br>**Lenoir, NC 28645** | | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Jordan Norwood**<br>**1616 Hayes Pl.**<br>**Lenoir, NC 28645** | | - | | **Notice Only** | | | | **0.00** |
| Account No. **xxxx6311**<br><br>**Laboratory Corporation of America Holdings**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240** | | - | | **Medical Bills** | | | | **206.02** |

Sheet no. __**6**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**247.18**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dewey Justin Wiggins**_____,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx6311** <br><br>**Labcorp Burlington** <br>**1447 York Court** <br>**Burlington, NC 27215** | | | | **Representing:** <br>**Laboratory Corporation of America** | | | | **Notice Only** |
| Account No. <br><br>**Marcus Banner** <br>**206 Newland St** <br>**Lenoir, NC 28645** | | - | | **Notice Only** | | | | 0.00 |
| Account No. **9891....** <br><br>**NTL CRDT SYS** <br>**117 E 24th St** <br>**5th Floor** <br>**New York, NY 10010** | | - | | **Notice Only** | | | | 0.00 |
| Account No. <br><br>**Pattie and Johnny Johnson** <br>**201 Newland St** <br>**Lenoir, NC 28645** | | - | | **Notice Only** | | | | 0.00 |
| Account No. **548....** <br><br>**PMAB, LLC** <br>**P.O. Box 12150** <br>**Charlotte, NC 28220** | | - | | **Medical Bills - Provider unknown** | | | | 173.00 |

Sheet no. __**7**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 173.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dewey Justin Wiggins**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J c | J C | | | | | |
| Account No. **548....**<br><br>**PMAB LLC**<br>**5970 Fairview Rd., Ste. 800**<br>**Charlotte, NC 28210** | | | | | Representing:<br>PMAB, LLC | | | | **Notice Only** |
| Account No. **548....**<br><br>**PMAB, LLC**<br>**P.O. Box 12150**<br>**Charlotte, NC 28220** | | - | | | **Medical Bills - Provider unknown** | | | | **53.00** |
| Account No. **548....**<br><br>**PMAB LLC**<br>**5970 Fairview Rd., Ste. 800**<br>**Charlotte, NC 28210** | | | | | Representing:<br>PMAB, LLC | | | | **Notice Only** |
| Account No. **xxxxx5306**<br><br>**PNC Bank**<br>**P.O. Box 5570**<br>**Brecksville, OH 44101** | | - | | | **Note/Line of Credit (business debt of Dewey Wiggins DBA DW Rentals)** | | | | **49,561.43** |
| Account No. **xxxxxxxxxxxxxxxx06BC**<br><br>**RBC Bank**<br>**P.O. Box 1220**<br>**Rocky Mount, NC 27802** | | | | | Representing:<br>PNC Bank | | | | **Notice Only** |

Sheet no. __**8**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **49,614.43**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dewey Justin Wiggins**
_____,       Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RBC Bank**<br>**P.O. Box 2155**<br>**Rocky Mount, NC 27802** | | | **Representing:**<br>**PNC Bank** | | | | **Notice Only** |
| Account No. **xxxxxx5306**<br><br>**RBC Bank (USA)**<br>**301 Fayetteville Street**<br>**Raleigh, NC 27601** | | | **Representing:**<br>**PNC Bank** | | | | **Notice Only** |
| Account No. **xxxxxx5306**<br><br>**RBC Bank (USA)**<br>**P.O. Box 1070**<br>**Charlotte, NC 28201-1070** | | | **Representing:**<br>**PNC Bank** | | | | **Notice Only** |
| Account No. **xxxxxx5002....**<br><br>**RBC Bank**<br>**P.O. Box 911**<br>**Rocky Mount, NC 27802** | - | | **Notice Only** | | | | 0.00 |
| Account No. **xxxxxx5001....**<br><br>**RBC Bank**<br>**P.O. Box 911**<br>**Rocky Mount, NC 27802** | - | | **Notice Only** | | | | 0.00 |

Sheet no. __**9**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Dewey Justin Wiggins**                                                ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **239....** | | | | Notice Only | | | | |
| SCA Collections Inc P.O. Box 876 Greenville, NC 27835 | - | | | | | | | 0.00 |
| Account No. **xxxxxxxx0003....** | | | | Notice Only | | | | |
| Sears Eaton Fed Cr Un 10745 Haldeman Ave Philadelphia, PA 19116 | - | | | | | | | 0.00 |
| Account No. **36....** | | | | Notice Only | | | | |
| Sears Eaton Fed Cr Un 10745 Haldeman Ave Philadelphia, PA 19116 | - | | | | | | | 0.00 |
| Account No. **xxxxx0228....** | | | | Notice Only | | | | |
| Select Portfolio Svcin P.O. Box 65250 Salt Lake City, UT 84165 | - | | | | | | | 0.00 |
| Account No. | | | | Personal Loan | | | | |
| Stephen D. Icenhour P.O. Box 1312 Lenoir, NC 28645 | - | | | | | | | 12,000.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dewey Justin Wiggins**                                              ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3697....** <br><br>**Suntrust Mortgage/CC 5** <br>**1001 Semmes Ave** <br>**Richmond, VA 23224** | - | | Notice Only | | | | 0.00 |
| Account No. **xx8662** <br><br>**Unifour Anesthesia Associates, P.A.** <br>**415 North Center Street - Suite 201** <br>**Hickory, NC 28601** | - | | Medical Bills | | | | 2,150.00 |
| Account No. **xxxx4062** <br><br>**Paragon Revenue Group** <br>**P.O. Box 127** <br>**Concord, NC 28026-0127** | | | Representing: <br>Unifour Anesthesia Associates, P.A. | | | | Notice Only |
| Account No. **xxxx4062** <br><br>**Paragon Revenue Group** <br>**216 Le Phillip Ct** <br>**Concord, NC 28025-2954** | | | Representing: <br>Unifour Anesthesia Associates, P.A. | | | | Notice Only |
| Account No. <br><br>**Vicenta Pizano** <br>**512 Scroggs St.** <br>**Lenoir, NC 28645** | - | | Notice Only | | | | 0.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,150.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

7/10/12 2:43PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dewey Justin Wiggins** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vicenta Pizano** <br> **0 Scroggs St** <br> **Lenoir, NC 28645** | - | | Notice Only | | | | <br><br> 0.00 |
| Account No. **xxx0053....** <br><br> **Wells Fargo Bank, NA** <br> **P.O. Box 3117** <br> **Winston Salem, NC 27102** | - | | Notice Only | | | | <br><br> 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 198,008.14 |

.

```
???
1114 Harper Ave
Lenoir, NC 28645


???
1118 Harper Ave
Lenoir, NC 28645


???
214 Hillside St
Lenoir, NC 28645


Alison M. Wiggins
911 Delano Ct
Kissimmee, FL 34758


Angela M. Wiggins
1000 Bramblewood Ct
Lenoir, NC 28645


Angela M. Wiggins???
1000 Bramblewood Ct
Lenoir, NC 28645


Angela Wiggins
1000 Bramblewood Ct
Lenoir, NC 28645


AT&T
c/o Franklin Collect. Serv.
P.O. Box 3910
Tupelo, MS 38803-3910


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America
DE5-019-03-07
4060 Ogletown/Stanton Rd
Newark, DE 19714


Bank of America
P.O. Box 982235
El Paso, TX 79998-2235
```

Bank of America
P.O. Box 1598
Norfolk, VA 23501


Bank of Granite
P.O. Box 799
Lenoir, NC 28645


Bank of Granite
c/o Rufus F. Walker, Jr., Esq.
110 Third Street, N.E.
Hickory, NC 28601


Bank of Granite
P.O. Box 799
Lenoir, NC 28645-0799


Bankcard Service Center
P.O. Box 698
Wilson, NC 27894-0698


BB&T
P.O. Box 1058
Lenoir, NC 28645


BB&T
201 Mulberry St SW
Lenoir, NC 28645


BB&T
BB&T Loan Services
MC: 100-50-02-57
P.O. Box 2306
Wilson, NC 27894


BB&T
P.O. Box 2306
Wilson, NC 27894


BB&T
P.O. Box 1847
Wilson, NC 27894

BB&T Financial, FSB
P.O. Box 580435
Charlotte, NC 28258-0435


BB&T Financial, FSB
P.O. Box 200
Wilson, NC 27894-0200


BB&T Financial, FSB
Customer Service
P.O. Box 30495
Tampa, FL 33630-3495


BB&T Financial, FSB
P.O. Box 2322
Lumberton, NC 28359


BB&T Item Processing Center
P.O. Box 580048
Charlotte, NC 28258-0048


Branch Banking & Trust Company
P.O. Box 2489
Lenoir, NC 28645


Branch Banking and Trust Company
201 Mulberry St SW
Lenoir, NC 28645-5413


Business Services
Caldwell Memorial Hospital
321 Mulberry St SW
Lenoir, NC 28645


Caldwell County Tax Collector
P.O. Box 2200
Lenoir, NC 28645


Caldwell County Tax Collector
Post Office Box 2200
Lenoir, NC 28645


Caldwell Memorial Hospital
P.O. Box 1890
Lenoir, NC 28645-1890

Caldwell Memorial Hospital
P.O. Box 63191
Charlotte, NC 28263-3191


Caldwell Physician Network
P.O. Box 710
Lenoir, NC 28645


Catawba Radiological Associates, Inc.
P.O. Box 308
Hickory, NC 28603


Central Finl Control
P.O. Box 66051
Anaheim, CA 92816


Chase
P.O. Box 78420
Phoenix, AZ 85062


Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127


City of Lenoir
Tax Collections
P.O. Box 958
Lenoir, NC 28645


Cynthia Woodell
2120 Haven Cir
Lenoir, NC 28645


Dee Angelo Morgan
204 Newland St
Lenoir, NC 28645


Freedom Credit Union
P.O. Box 30177
Tampa, FL 33630-3177


Freedom Credit Union
CenterPointe Office Center
626 Jacksonville Road Suite 250
Warminster, PA 18974-4862

Freedom CU
626 Jacksonville Rd Ste
Warminster, PA 18974


Hickory Surgical Clinic, Inc.
415 N. Center St, Ste 102
Hickory, NC 28601


Internal Revenue Service
Special Procedures
320 Federal Place
Greensboro, NC 27401


Internal Revenue Service
P.O. Box 105572
Atlanta, GA 39901-0002


Internal Revenue Service
Cincinnati, OH 45999-0030


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 2502
Memphis, TN 38101


Jeff Pearson
2630 Kite Dr
Lenoir, NC 28645


Jordan Norwood
1616 Hayes Pl.
Lenoir, NC 28645


Kellie Booker
204 Newland Pl
Lenoir, NC 28645

Labcorp Burlington
1447 York Court
Burlington, NC 27215


Laboratory Corporation of America
  Holdings
P.O. Box 2240
Burlington, NC 27216-2240


Marcus Banner
206 Newland St
Lenoir, NC 28645


Marcus Banner
206 Newland Pl
Lenoir, NC 28645


NC Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0002


NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


NTL CRDT SYS
117 E 24th St
5th Floor
New York, NY 10010


Paragon Revenue Group
P.O. Box 127
Concord, NC 28026-0127


Paragon Revenue Group
216 Le Phillip Ct
Concord, NC 28025-2954


Parkway Bank
P.O. Box 1058
Lenoir, NC 28645

Pattie and Johnny Johnson
201 Newland St
Lenoir, NC 28645


Pattie and Johnny Johnson
201 Newland Pl
Lenoir, NC 28645


PMAB LLC
5970 Fairview Rd., Ste. 800
Charlotte, NC 28210


PMAB, LLC
P.O. Box 12150
Charlotte, NC 28220


PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222


PNC Bank
P.O. Box 5570
Brecksville, OH 44101


RBC Bank
P.O. Box 911
Rocky Mount, NC 27802


RBC Bank
134 N Church St
Rocky Mount, NC 27804


RBC Bank
P.O. Box 1220
Rocky Mount, NC 27802


RBC Bank
P.O. Box 2155
Rocky Mount, NC 27802


RBC Bank (USA)
301 Fayetteville Street
Raleigh, NC 27601

RBC Bank (USA)
P.O. Box 1070
Charlotte, NC 28201-1070


SCA Collections Inc
P.O. Box 876
Greenville, NC 27835


Sears Eaton Fed Cr Un
10745 Haldeman Ave
Philadelphia, PA 19116


Select Portfolio Svcin
P.O. Box 65250
Salt Lake City, UT 84165


Seterus
1435 SW Millilcan Way
Suite 200
Beaverton, OR 97005


Seterus
P.O. Box 7162
Pasadena, CA 91109


Seterus
P.O. Box 2008
Grand Rapids, MI 49501


Stephen D. Icenhour
P.O. Box 1312
Lenoir, NC 28645


SunTrust Mortgage, Inc.
their succ/assigns ATIMA
901 Semmes Avenue
Richmond, VA 23224


Suntrust Mortgage/CC 5
1001 Semmes Ave
Richmond, VA 23224


Suzanne P. Hudson
2425 North Center Street, #318
Hickory, NC 28601

Unifour Anesthesia Associates, P.A.
415 North Center Street - Suite 201
Hickory, NC 28601


Vicenta Pizano
512 Scroggs St.
Lenoir, NC 28645


Vicenta Pizano
0 Scroggs St
Lenoir, NC 28645


Wells Fargo
P.O. Box 14547
Des Moines, IA 50306


Wells Fargo Bank NV NA
P.O. Box 31557
Billings, MT 59107


Wells Fargo Bank, N.A.
P.O. Box 4233
Portland, OR 97208-4233


Wells Fargo Bank, N.A.
P.O. Box 660930
Dallas, TX 75266-0930


Wells Fargo Bank, N.A.
Attn: Payment Services
2324 Overland Dr.
Billings, MT 59102-6401


Wells Fargo Bank, N.A.
P.O. Box 3356
Portland, OR 97208-3356


Wells Fargo Bank, NA
P.O. Box 3117
Winston Salem, NC 27102


Wells Fargo HM Mortgage
8480 Stagecoach Cir
Frederick, MD 21701